UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES P. MACKEY, | ) | No. EDCV 08-411-JHN(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A.J. YATES, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: May 3, 2012

JACQUELINE H. NGUYEN
United States District Judge